JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| FRANKLYN ARMANDO L. GONZALES,<br>Petitioner,<br>v.<br>J. JOHNSON, WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,<br>Respondents. | No. 5:26-cv-04894-SRM-BFM<br>**JUDGMENT** |

Pursuant to the Order Denying Petition (ECF 15), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is denied without prejudice. The Court directs the Clerk of Court to close this case.

DATED: October 30, 2026

HONORABLE SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE